

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00480-CR

The **STATE** of Texas,
Appellant

v.

Stephen Andrew **SEAMAN**,
Appellee

From the County Court at Law No. 15, Bexar County, Texas
Trial Court No. 515715
Honorable Robert Behrens, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the motion to dismiss is GRANTED and this appeal is DISMISSED.

SIGNED September 19, 2018.

_____
Marialyn Barnard, Justice